1
2
3
4
5
6
7

8                          **UNITED STATES DISTRICT COURT**

9                         **CENTRAL DISTRICT OF CALIFORNIA**

10

11

12   DENNIS KEITH WILLIAMS,          )      No. CV 10-1523-RGK(CW)
                                      )
13                    Petitioner,     )
                                      )      JUDGMENT
14            v.                      )
                                      )
15   SHERIFF LEE BACA,                )
                                      )
16                    Respondent,     )
     _____)

17

18

19       **IT IS ADJUDGED** that the petition for writ of habeas corpus is

20   dismissed without prejudice.

21

22   DATE: _3/30/2010_____

23

24                                    _____
                                      R. GARY KLAUSNER
25                                    United States District Judge

26

27

28